**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-80041-Cr-Rosenberg/Reinhart

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SAMANTHA HANA YI,

       Defendant.
_____/

<u>**SAMANTHA YI'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**</u>

      COMES NOW defendant SAMANTHA HANA YI, by and through undersigned counsel, who would object to the Draft PSR dated November 11, 2024 as follows:

      1.    <u>**Page 19, ¶ 88**</u> – Defendant objects to the two-level enhancement for maintaining a premise for the purpose of manufacturing or distributing a controlled substance pursuant to § 2D1.1(b)(12). The premises in question was owned by the mother of codefendant Darnell Mendez, and Mr. Mendez resided in the premises. Ms. Yi maintained a separate residence with her mother and children. *See* Application note 17 ("Subsection (b)(12) applies to a defendant who knowingly maintains a premise (*i.e.,* a building, room, or enclosure) for the purpose of manufacturing or distributing a controlled substance, including storage of a controlled substance for the purpose of distribution."). "Among the factors the court should consider in determining whether the defendant 'maintained' the premises are (A) whether the defendant held a possessory interest in (e.g. owned or rented) the premises and (B) the extent to which the defendant controlled access to or activities at the premises." *Id.* Samantha Yi held no

1

possessory interest in the property, and did not control access to or activities in the premises. Mr. Mendez resided in the home and controlled access thereto.

    2.    **Page 19, ¶ 95** – Defendant objects to the total offense level.  Based upon the above objection, the total offense level is 38.

    3.    **Page 28, ¶ 133** – Defendant objects to the guideline imprisonment range.  With an offense level of 38 and a criminal history category of II, the guideline imprisonment range is 262-237 months.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that these objections have been electronically filed and served on all parties via CM/ECF on the 4th day of December, 2024.

LAW OFFICES OF IAN GOLDSTEIN, P.A.
Counsel for Defendant Samantha Yi
330 Clematis Street, Suite 209
West Palm Beach, FL 33401
Tel: (561) 600-0950
Email: ian@iangoldsteinlaw.com
*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN, ESQUIRE
Florida Bar No. 0085219